**Abatement Order filed May 5, 2022**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-21-00717-CR
_____

### JAIRO CHICAS-RAIMUNDO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1556824**

## ABATEMENT ORDER

The trial court appointed Thomas D. Moran to represent appellant on appeal. After the appointment, appellant retained **Morgan Walker** to represent him. On April 18, 2022, Walker filed a motion to substitute as counsel.

An appointed attorney shall represent the defendant until

> . . . charges are dismissed, the defendant is acquitted, appeals are exhausted, or the attorney is permitted or ordered by the court to withdraw as counsel for the defendant after a finding of good cause is entered on the record.

Tex. Code Crim. Proc. Ann. art. 26.04(j)(2).

Accordingly, we **ABATE** this appeal and order as follows:

1. The judge of the 176th Judicial District Court shall consider Walker's request to substitute and shall determine whether appellant wishes to be represented by Walker as retained counsel or whether appellant wishes and is entitled to appointed counsel.

2. The judge shall see that a record of any hearing is made. The court reporter is directed to prepare, certify, and file with the clerk of this court a reporter's record of the hearing. The trial clerk is directed to prepare, certify, and file with the clerk of this court a supplemental clerk's record containing any orders regarding Walker's request to substitute. The reporter's record and supplemental clerk's record shall be filed with this court by **June 6, 2022.**

3. We will hold Walker's motion to substitute pending receipt of the requested records.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket after the requested records are filed in this court.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Spain.